IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANTRONE L. MILLER
ADC #122354                                                              PLAINTIFF

v.                          No. 4:25-cv-1091-DPM

KYLE HARSHBURGER, Corporal,
Faulkner County Detention Center                                         DEFENDANT

ORDER

1. The Court withdraws the reference.

2. Miller hasn't paid the $405 filing and administrative fees; and the time to do so has passed. *Doc. 3*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 December 2025