IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANTRONE L. MILLER
ADC #122354                                                                PLAINTIFF

v.                          No. 4:25-cv-1091-DPM

KYLE HARSHBURGER, Corporal,
Faulkner County Detention Center                         DEFENDANT

JUDGMENT

Miller's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 December 2025